450 A.2d 202

Buzilow, et al., Appellants v. Mell, et al.

Argued February 2, 1981. David L. Ladov, for appellants; Lawrence Sager, for appellees.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Order affirmed.